FILED
JAMES BONINI
CLERK

12 FEB 24 AM 10: 38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Cincinnati DIVISION

David M. Johnston  (In Forma Pauperis)
(Enter Above the Name of the Plaintiff in this Action)

vs.

_____ (Cincinnati Police Dept.)
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

1:12CV159

J. BARRETT

M.J. BOWMAN

**COMPLAINT**

I.  Parties to the action:

   Plaintiff:   Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

   David M. Johnston
   Name - Full Name Please - PRINT

   P.O. Box 60  (= Mailing address. Please use for Service.)
   Street Address

   Harbor City, CA 90710
   City, State and Zip Code

   (323) 388-6083
   Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _____
   Name - Full Name Please

   _____
   Address: Street, City, State and Zip Code

2. Police Officer Rose Valentino

   310 Ezzard Charles Dr.; Cincinnati, OH 45214

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title __28__ United States Code, Section __1915__
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claims

1. Intentional Infliction of Emotional Distress (upon a person who has been diagnosed with Generalized Anxiety Disorder)

Officer Valentino chose to arrest <u>me</u> despite knowing that my passenger had a history of  a) extensive drug use and of b) lying to Officers of the Cincinnati Police Dept. This has caused me and my family great emotional distress.

2. Defamation

The fact that the Officer arrested "Good Samaritan" Dave Johnston, rather than my pregnant passenger (= a known "crack head"/drug junkie and liar) who I was assisting, has caused me to be unable to find employment in my profession.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Pls. see attached.

IV. Previous lawsuits: **(none in the state of OH)**

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| | _____ vs. _____ |
| | _____ vs. _____ |
| | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Discipline the Officer(s).

Issue an Order to improve police dept. training of Officers,

particularly with regard to the issues raised in my Statement of Claims.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this __17__ day of __February__, 20 __12__.

_____
Signature of Plaintiff

-4-